```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| TROY JOHNSON, | CIVIL ACTION |
|     Petitioner, | |
| v. | NO. 02-2701 |
| CONNER BLAINE, SUPERINTENDENT, and THE DISTRICT ATTORNEY OF THE CITY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | |
|     Respondents. | |

## ORDER

AND NOW, this        day of June, 2002, upon consideration of Relator's Petition for Writ of Habeas Corpus, it is hereby ORDERED that:

The District Attorney of Philadelphia County shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF** within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

                                            BY THE COURT:

                                            _____
                                            ARNOLD C. RAPOPORT
                                            UNITED STATES MAGISTRATE JUDGE