IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TROY JOHNSON, | CIVIL ACTION |
|       Petitioner, |  |
| v. | NO. 02-2701 |
| CONNER BLAINE, SUPERINTENDENT, and THE DISTRICT ATTORNEY OF THE CITY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, |  |
|       Respondents. |  |

**ORDER**

AND NOW, this     day of July, 2002, upon consideration of Petitioner's Motion for Enlargement of Time, it is hereby ORDERED that:

    1.    this Court's June 12, 2002 Order is VACATED;

    2.    the Motion is GRANTED and Petitioner shall file a brief in support of his Petition on or before July 30, 2002;

    3.    the District Attorney of Philadelphia County shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF** within thirty (30) days from the date of filing of Petitioner's brief.

                                              BY THE COURT:

                                              _____
                                              ARNOLD C. RAPOPORT
                                              UNITED STATES MAGISTRATE JUDGE