IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY JOHNSON | : | CIVIL ACTION |
| v. | : | |
| CONNER BLAINE, et al | : | No. 02-2701 |

**O R D E R**

AND NOW, this      day of July, 2002, upon consideration of the Motion for Enlargement of Time to File Response (Docket Entry No. 7), said Motion is DISMISSED AS MOOT pursuant to this Court's Order entered July 1, 2002.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge