IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                               :
TROY JOHNSON,                  :   CIVIL ACTION
                               :
          Petitioner,          :
                               :
     v.                        :   NO. 02-2701
                               :
CONNER BLAINE, SUPERINTENDENT, :
and THE DISTRICT ATTORNEY OF   :
THE CITY OF PHILADELPHIA, and  :
THE ATTORNEY GENERAL OF THE    :
COMMONWEALTH OF PENNSYLVANIA,  :
                               :
          Respondents.         :
_____:
```

**ORDER**

AND NOW, this         day of August, 2002, upon consideration of Petitioner's Motion for Enlargement of Time (Docket Entry No. 9 and 10), it is hereby ORDERED that:

1. the Motion is GRANTED and Petitioner shall file a brief in support of his Petition on or before September 16, 2002;

2. the District Attorney of Philadelphia County shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF** within thirty (30) days from the date of filing of Petitioner's brief.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE