IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY JOHNSON, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 02-2701 |
| CONNER BLAINE, SUPERINTENDENT, and THE DISTRICT ATTORNEY OF THE CITY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | |
| Respondents. | |

## O R D E R

AND NOW, this      day of October, 2002 upon consideration of the Respondents' Motion for an Enlargement of Time to File Response, (Docket Entry #13), it is hereby ORDERED that the Motion is GRANTED. Respondents' time for filing a response to the petition for writ of habeas corpus is extended to December 11, 2002.

BY THE COURT:


_____
ARNOLD C. RAPOPORT
United States Magistrate Judge