IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY JOHNSON, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 02-2701 |
| CONNER BLAINE, SUPERINTENDENT, and THE DISTRICT ATTORNEY OF THE CITY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | |
| Respondents. | |

**O R D E R**

AND NOW, this    day of December, 2002 upon consideration of the Respondents' Motion for an Enlargement of Time to File Response, (Docket Entry #17), it is hereby ORDERED that the Motion is GRANTED. Respondents' time for filing a response to the petition for writ of habeas corpus is extended to February 10, 2003. **THERE WILL BE NO FURTHER EXTENSIONS!**

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge