**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TROY JOHNSON,            :<br>          Petitioner,  :<br>                         :<br>     v.                  :<br>                         :<br>CONNER BLAINE, SUPERINTENDENT, :<br>and THE DISTRICT ATTORNEY OF   :<br>THE CITY OF PHILADELPHIA, and  :<br>THE ATTORNEY GENERAL OF THE    :<br>COMMONWEALTH OF PENNSYLVANIA,  :<br>          Respondents.  : | CIVIL ACTION<br><br>NO. 02-2701 |

**ORDER**

AND NOW, this     day of February, 2003, the Report and Recommendation issued on February 11, 2003 is hereby VACATED, and the District Attorney of Philadelphia County is directed to file a Response on the Merits of the Petition for Writ of Habeas Corpus on or before thirty days from the date of this Order.  No further extensions shall be granted.

BY THE COURT:


_____
ARNOLD C. RAPOPORT
United States Magistrate Judge