IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                       :
TROY JOHNSON,                          :   CIVIL ACTION
                                       :
          Petitioner,               :
                                       :
    v.                                :   NO. 02-2701
                                       :
CONNER BLAINE, SUPERINTENDENT,         :
and THE DISTRICT ATTORNEY OF           :
THE CITY OF PHILADELPHIA, and          :
THE ATTORNEY GENERAL OF THE            :
COMMONWEALTH OF PENNSYLVANIA,          :
                                       :
          Respondents.              :
_____:

**ORDER**

      AND NOW, this _____ day of April, 2003, upon consideration of Respondent's Motion for Extension of Time Nunc Pro Tunc to File a Supplemental Response to the Petition for Writ of Habeas Corpus, (Docket Entry No. 26), it is hereby ORDERED and DECREED that Respondents' Motion is GRANTED and the time for response to the petition for writ of habeas corpus is extended nunc pro tunc to March 28, 2003.

                                BY THE COURT:


                                _____
                                ARNOLD C. RAPOPORT
                                UNITED STATES MAGISTRATE JUDGE