IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Troy Johnson

                                      02-CV-2701
                                      District Court Docket Number

        vs.

Conner Blaine, et al

Notice of Appeal Filed 8/18/03
Court Reporter(s)/ESR Operator(s)     N/A

Filing Fee:
    Notice of Appeal __Paid _XX_ Not Paid   __Seaman
    Docket Fee       __Paid _XX_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
_X_ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

                                              Prepared by :_____
                                                    Fernando Benitez, Jr.
                                                   Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm