IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CONNER BLAINE, JR., et al. | : | NO. 02-2701 |

## ORDER

AND NOW, this          day of August, 2003, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis*, it appearing that plaintiff has filed a timely appeal of this court's Memorandum and Order of July 24, 2003, it is **ORDERED** that plaintiff's motion is **GRANTED** for the purposes of appeal.

_____
J.